IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, | Case No. 5:16-cv-00979-SL |
| Plaintiff, | Judge Sara Lioi |
| | Magistrate Judge George L. Limbert |
| v. | |
| THE COLLEGE OF WOOSTER, et al. | |
| Defendants. | |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and a settlement between the parties, Plaintiff John Doe and Defendant Jane Roe hereby stipulate to the dismissal of all claims and counterclaims between them with prejudice. The parties will pay their own costs, attorney's fees, and expenses incurred in prosecuting or defending this matter.

Respectfully submitted,

*/s/ Joshua Adam Engel*
Joshua Adam Engel (0075769)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste 101
Mason, OH 45040
Telephone: (513) 445-9600
Facsimile: (513) 492-8989
Email: engel@engelandmartin.com

*Counsel for John Doe*

*/s/ Aaron M. Healey*
Aaron M. Healey (091709)
Yvette McGee Brown (OH 0030642)
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215-2673
Telephone: (614) 281-3947
Facsimile: (614) 461.4198
Email: ahealey@jonesday.com
Email: ymcgeebrown@jonesday.com

*Counsel for Defendant Jane Roe*